IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARLAND PROCTOR,

    Petitioner,               No. CIV S-05-2431 MCE DAD P

    vs.

A.P. KANE, Warden,

    Respondent.           ORDER

_____/

    Petitioner has requested an extension of time to file and serve a response to the respondent's motion to dismiss filed on November 13, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 4, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a response the respondent's motion to dismiss.

DATED: December 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
proc2431.111