IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARLAND PROCTOR,

      Petitioner,                    No. CIV S-05-2431 MCE DAD P

    vs.

A.P. KANE, Warden,

      Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file and serve objections to the May 24, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 4, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the May 24, 2007 findings and recommendations.

DATED: June 29, 2007.

                                        */s/ Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:mp
proc2431.111(2)