IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARLAND PROCTOR,

        Petitioner,         No. CIV S-05-2431 MCE DAD P

   vs.

A.P. KANE, Warden,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that respondent notify this court, within ten days, whether he has any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: August 21, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
proc2431.59a